UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH PEREZ, | Case No. 2:24-cv-3402-TLN-JDP |
| Plaintiff, | |
| v. | ORDER TO SHOW CAUSE |
| COUNTY OF SAN JOAQUIN, *et al.*, | |
| Defendants. | |

On April 2, 2025, the court issued an order setting a pre-discovery motion conference on April 10, 2025, at 10:00 a.m., which directed each party to file, by no later than forty-eight hours prior to the conference, a brief outlining the parties' discovery dispute. ECF No. 11. Defendants timely submitted a brief. Plaintiff, however, neither filed his own brief nor appeared at the conference.

Plaintiff will be ordered to show cause why sanctions should not be imposed for failure to comply with the court's April 2, 2025 order and failure to appear at the pre-discovery motion conference. *See* E.D. Cal. L.R. 110 ("Failure of counsel or of a party to comply with these Rules or with any order of the Court may be grounds for imposition by the Court of any and all sanctions authorized by statute or Rule or within the inherent power of the Court.").

1

Accordingly, it is hereby ORDERED that:

1. The April 10, 2025 pre-discovery motion conference is continued to May 1, 2025 at 10:00 a.m.[1]

2. Plaintiff shall show cause, by no later than April 17, 2025, why sanctions should not be imposed for failure to comply with the court's April 2, 2025 order and failure to appear at the April 10, 2025 conference.

3. By no later than April 17, 2025, plaintiff shall file a brief as required by the court's April 2, 2025 order.

4. Failure to comply with this order may result in the imposition of sanctions, including a recommendation that this action be dismissed.

IT IS SO ORDERED.

Dated:  April 14, 2025

JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE

---

[1] Defendant has also filed a motion for summary judgment, ECF No. 20, which is currently set for hearing on April 17, 2025. The hearing on the parties' motion will be conducted via Zoom, and the invitation will be distributed one week prior to the hearing.