UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH PEREZ, | Case No. 2:24-cv-3402-TLN-JDP |
| Plaintiff, | |
| v.d | ORDER |
| COUNTY OF SAN JOAQUIN, *et al.*, | |
| Defendants. | |

On June 16, 2025, defendants filed a motion a motion to compel plaintiff to provide further responses to their discovery requests.  To date, plaintiff has not responded to defendants' motion.

Pursuant to Local Rule 230, a responding party is required to file an opposition or statement of non-opposition to a motion no later than fourteen days after the date it was filed.[1] E.D. Cal. L.R. 230(c).  To manage its docket effectively, the court imposes deadlines on litigants and requires litigants to meet those deadlines.  Failure to comply with the court's deadlines "may be grounds for imposition by the Court of any and all sanctions authorized by statute or Rule or within the inherent power of the Court."  E.D. Cal. L.R. 110.

---

[1] At the May 1, 2025 pre-discovery motion conference, the court instructed defendants to notice their motion in accordance with Local Rule 230 rather than Local Rule 251.

1

Accordingly, it is hereby ORDERED that:

1. The July 31, 2025 hearing on the defendants' motion to compel is continued August 14, 2025, at 10:00 a.m.

2. By no later than July 17, 2025, plaintiff shall file an opposition or statement of non-opposition to defendants' motion.

3. Plaintiff shall show cause by no later than July 17, 2025, why sanctions should not be imposed for failure to timely respond to defendants' motion.

4. Defendants may file a reply to plaintiff's opposition, if any, on or before July 31, 2025.

IT IS SO ORDERED.

Dated: July 8, 2025

JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE