UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH PEREZ, | Case No. 2:24-cv-3402-TLN-JDP |
| Plaintiff, | |
| v. | ORDER AFTER HEARING |
| COUNTY OF SAN JOAQUIN, *et al.*, | |
| Defendants. | |

   This case was before the court on August 14, 2025, for hearing on defendants' motion to compel plaintiff to provide further responses to defendant County of San Joaquin's interrogatories and requests for production. ECF No. 19. Attorney Joshua Stevens appeared on behalf of defendants, and attorney Michael Brown appeared on behalf of plaintiff.

1

Case 2:24-cv-03402-TLN-JDP   Document 26   Filed 08/20/25   Page 2 of 2

For the reasons state on the record, it is hereby ORDERED that:

    1.  Defendants' motion to compel, ECF No. 19, is GRANTED.

    2.  By no later than August 28, 2025, plaintiff shall provide complete responses to defendant County of San Joaquin's Interrogatories Nos. 1-25 and Requests for Production of Documents Nos. 1-56.

IT IS SO ORDERED.

Dated:   August 20, 2025

JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE

2