UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH PEREZ,<br><br>  Plaintiff,<br><br>  v.<br><br>COUNTY OF SAN JOAQUIN, *et al.*,<br><br>  Defendants. | Case No.  2:24-cv-3402-TLN-JDP<br><br>ORDER |

    The court previously granted defendants' motion to compel and ordered plaintiff to provide, by no later than August 28, 2025, further responses to defendant County of San Joaquin's interrogatories and requests for production.  ECF No. 26.  Defendants have now filed a motion for sanctions against plaintiff for failure to comply with that order, which is currently set for hearing on September 25, 2025.  ECF No. 29.  To date, plaintiff has not responded to defendants' motion.

    Pursuant to Local Rule 251, "when there has been a complete and total failure to respond to a discovery request or order," an aggrieved party may bring a motion for sanctions for hearing on fourteen days notice. E.D. Cal. 251(e).  The rule requires that the responding party file a response to a motion for sanctions not later than seven days before the hearing.  *Id.*  Failure to comply with the court's deadlines "may be grounds for imposition by the Court of any and all sanctions authorized by statute or Rule or within the inherent power of the Court." E.D. Cal. L.R.

1

110.

Accordingly, it is hereby ORDERED that:

1. The September 25, 2025 hearing on the defendants' motion for sanctions is continued November 6, 2025, at 10:00 a.m.

2. By no later than October 16, 2025, plaintiff shall file an opposition or statement of non-opposition to defendants' motion.

3. Plaintiff shall show cause by no later than October 16, 2025, why sanctions should not be imposed for failure to timely respond to defendants' motion.

4. Defendants may file a reply to plaintiff's opposition, if any, on or before October 30, 2025.

IT IS SO ORDERED.

Dated:   September 24, 2025                                 _____
                                                           JEREMY D. PETERSON
                                                           UNITED STATES MAGISTRATE JUDGE