UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JOSEPH PEREZ,

    Plaintiff,

v.

COUNTY OF SAN JOAQUIN, *et al.*,

    Defendants.

Case No. 2:24-cv-3402-TLN-JDP

ORDER

    This case was before the court on August 14, 2025, for hearing on defendants' motion to compel plaintiff to provide further responses to defendant County of San Joaquin's interrogatories and requests for production. ECF No. 19. At the hearing, the court granted defendants' motion and ordered plaintiff to provide, by no later than August 28, 2025, further responses to defendant County of San Joaquin's interrogatories and requests for production. ECF No. 22.[1] Shortly thereafter, attorney J. Michael Brown moved to withdraw as counsel for plaintiff. ECF No. 23.

    While that motion was pending, defendants moved for sanctions against plaintiff for failure to comply with the order granting their motion to compel. ECF No. 29. Plaintiff failed to timely respond to that motion. Accordingly, on September 24, 2025, I continued the hearing on defendants' motion for sanctions and ordered plaintiff to show cause why sanctions should not be

---

[1] The court issued a summary order on August 20, 2025. ECF No. 26.

1

imposed for his failure to comply with the court's local rules. ECF No. 30. I also ordered plaintiff file an opposition or statement of non-opposition to defendant's motion by no later than October 16, 2025. *Id.* I warned plaintiff that failure to comply with that order could result in a recommendation that this action be dismissed. *Id*. The deadline has passed, and plaintiff has not filed an opposition to defendant's motion or otherwise responded to the court's order.

However, more than two weeks before the October 16, 2025 deadline, the court granted Mr. Brown's motion to withdraw, leaving plaintiff *in propria persona*. ECF No. 31. Given that plaintiff is now proceeding without counsel, the court will grant him one final opportunity to respond to defendants' motion and to explain why sanctions should not be imposed for his initial failure to file an opposition or statement of non-opposition to the motion. Plaintiff's failure to respond to this order will constitute another failure to comply with a court order and will result in a recommendation that this action be dismissed.

Accordingly, it is hereby ORDERED that:

1. The November 6, 2025 hearing on the defendants' motion for sanctions is continued December 11, 2025, at 10:00 a.m.

2. By no later than November 14, 2025, plaintiff shall file an opposition or statement of non-opposition to defendants' motion for sanctions.

3. Plaintiff shall show cause by no later than November 14, 2025, why sanctions should not be imposed for failure to timely respond to defendants' motion.

4. Defendants may file a reply to plaintiff's opposition, if any, on or before November 27, 2025.

2

5. Failure to comply with this order may result in a recommendation that this action be dismissed for lack of prosecution, failure to comply with court orders, and failure to comply with local rules.

IT IS SO ORDERED.

Dated: ____October 31, 2025____    _____
JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE